**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
**F I L E D**

FEB 2 8 2024

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Case No. 4:24-cr-113 |
| MINA COLIN STROTHER § § | |
| Defendant. § § | |

## INFORMATION FOR CONSPIRACY TO COMMIT MONEY LAUNDERING

The United States charges:

From in or about February 2016 through in or around December 2019, in the Southern District of Texas and elsewhere, the defendant, **MINA COLIN STROTHER**, did knowingly combine, conspire, and agree with Co-Conspirator 1, and with other persons, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956(a)(1), to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions in fact involved the proceeds of specified unlawful activity, that is, bribery of a public official, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Section 371.

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
   performing the duties of Chief
Counterintelligence and Export Control
   Section
National Security Division
U.S. Department of Justice

By: _____
Garrett Coyle
Attorney for the United States

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: _____
Marco A. Palmieri
Rosaleen O'Gara
Celia Choy
Attorneys for the United States