**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

United States Courts
Southern District of Texas
**F I L E D**

FEB 28 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 4:24 cr 113 |
| ) | |
| v. ) | SEALED CASE |
| ) | |
| MINA COLIN STROTHER ) | |

## NOTICE OF RELATED CASES

The United States of America hereby gives notice that a related case, *United States v. Rendon*, Case No. 4:24-cr-089, is currently pending in the Southern District of Texas before the Honorable Lee H. Rosenthal. The cases are related in that this case arises from the same investigation that gave rise to the criminal charges in *United States v. Rendon*, and involves substantially the same facts and evidence. The United States, therefore, respectfully requests that this criminal action be assigned to the Honorable Lee H. Rosenthal for purposes of judicial economy.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
performing the duties of Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: /s/
Marco A. Palmieri
Rosaleen O'Gara
Celia Choy
Attorneys for the United States

By: /s/ on behalf of /s/
Garrett Coyle
Attorney for the United States