United States District Court
Southern District of Texas
**ENTERED**
March 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| versus | § | CRIMINAL H-24-113 |
| | § | |
| | § | **SEALED CASE** |
| MINA COLIN STROTHER | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on count __**ONE of the INFORMATION**__ a presentence report is ordered.

1. By JUNE 7, 2024, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By JUNE 21, 2024 counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By JULY 12, 2024 the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **JULY 25, 2024, at 2:00 p.m.**. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

    United States Probation Department
    Room 2301, 515 Rusk Avenue, Houston
    Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED on March 5, 2024, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

Copies:   United States Probation
          AUSA: Celia Choy/Garrett Coyle/Rosaleen O'Gara/Marco Palmieri
          Defense: Michael McCrum
          Defendant is on Bond