United States Courts
Southern District of Texas
F I L E D

MAY 07 2024

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 4:24-cr-113 |
| ) | UNDER SEAL |
| MINA COLIN STROTHER, ) | |
| ) | |
| Defendant ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves to unseal the docket and all filings and transcripts of hearings in this case. The justifications for sealing in the government's motion to seal (ECF No. 3) no longer apply.

Government counsel has conferred with counsel for Defendant Strother, who consents to this motion to unseal.

The United States thus respectfully requests that the Court unseal the docket and all filings and transcripts of hearings in this case.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
US Department of Justice

JENNIFER KENNEDY GELLIE
Executive Deputy Chief
  performing the duties of Chief
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

By: /s/ Marco A. Palmieri
Marco A. Palmieri
Rosaleen O'Gara
Celia Choy
Attorneys for the United States

By: /s/ Garrett Coyle
Garrett Coyle
Attorney for the United States