UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:24-cr-113 |
| | ) | |
| MINA COLIN STROTHER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER TO UNSEAL

The United States' unopposed motion to unseal the docket and all filings and transcripts of hearings in this case is GRANTED.

IT IS THEREFORE ORDERED that the docket and all filings and transcripts of hearings in this case be unsealed.

SIGNED in Houston, Texas, on this _____ day of _____, 2024.

_____
Hon. Lee H. Rosenthal
United States District Judge