Case 4:24-cr-00113   Document 16   Filed on 05/08/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 4:24-cr-113 |
| MINA COLIN STROTHER, | ) |
| Defendant. | ) |

## ORDER TO UNSEAL

The United States' unopposed motion to unseal the docket and all filings and transcripts of hearings in this case is GRANTED.

IT IS THEREFORE ORDERED that the docket and all filings and transcripts of hearings in this case be unsealed.

SIGNED in Houston, Texas, on this ___8th___ day of ___May___, 2024.

_____
Hon. Lee H. Rosenthal
United States District Judge