United States District Court
Southern District of Texas
**ENTERED**
April 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL ACTION NO. H-24-113-1 |
| | § |
| MINA COLIN STROTHER. | § |

## ORDER RESETTING DEADLINES AND SENTENCING

The government filed an unopposed motion for continuance of sentencing and related deadlines, (Docket Entry No. 20). The motion is granted. The presentence investigation deadlines and sentencing date are amended as follows:

The initial presentence report must be disclosed to counsel by October 24, 2025.

Objections to the report, or a statement of no objections, are due by November 7, 2025.

The final report and an addendum must be submitted by November 21, 2025.

Sentencing is reset to **December 1, 2025, at 10:30 a.m.**

SIGNED on April 4, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge