UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | No. 4:24-cr-00113 |
| v. § | |
| § | |
| MINA COLIN STROTHER, § | |
| § | |
| Defendant. § | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE
SENTENCING AND PSR DEADLINES

Defendant Mina Colin Strother pleaded guilty on March 5, 2024, to Count One of the Information and is scheduled to be sentenced on December 1, 2025. ECF No. 21. Trial in a related matter, previously set for September 22, 2025, was recently continued to April 6, 2026. *See* Fourth Am. Scheduling Order, ECF No. 139, *United States v. Cuellar et al.*, No. 4:24-cr-224 (S.D.T.X. Aug. 20, 2025).

In light of the trial in the related matter, the United States respectfully requests that sentencing in this case be continued until the week of June 22, 2026, with accompanying deadlines as follows: May 15, 2026, for disclosing the initial presentence report to counsel; May 29, 2026, for counsel to file objections; and June 12, 2026, for the probation officer to submit the final presentence report.

Government counsel conferred with counsel for Mr. Strother, who advised that he does not oppose the requested continuance.

| | |
|---|---|
| Dated: September 9, 2025 | Respectfully submitted, |
| By: /s/ Rosaleen O'Gara<br>Rosaleen O'Gara<br>Celia Choy<br>Aaron Jennen<br>Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice<br>Attorneys for the United States | By: /s/ Garrett Coyle<br>Garrett Coyle<br>Counterintelligence and Export Control Section<br>National Security Division<br>U.S. Department of Justice<br>Attorney for the United States |

**CERTIFICATE OF SERVICE**

      I certify that I filed this motion via the CM/ECF system on September 9, 2025, which caused the motion to be electronically served on all counsel of record.

                                      */s/ Garrett Coyle*
                                      Garrett Coyle